CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 14 2012

JULIA C. DUDLEY, CLERK
BY:
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| DEAN BREZACK, T/A ABN STUDY PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>SHPOONKLE LLC, SHPOONKLE CLE LLC, ROBERT G. NIZNIK, DANI MORGAN, JOHN DOE #1 AND JANE DOE, AND JOHN DOE #2,<br><br>Defendants. | Civil Action No: 5:12-CV-0007-MFU |

### ORDER GRANTING *PRO HAC VICE* ADMISSION

Upon motion by Defendants Shpoonkle LLC, Shpoonkle CLE LLC, Robert Niznik, and Dani Morgan (collectively "Defendants"), it is hereby ORDERED that Brant C. Hadaway is admitted *pro hac vice* for the limited purpose of serving as counsel for Defendants at the trial of this case and in any associated activity which may take place before this Court in conjunction with this matter.

Entered this 14th day of March, 2012.

/s/ Michael F. Urbanski

_____
MICHAEL F. URBANSKI
U.S. District Court Judge