CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAR 14 2012
JULIA C. DUDLEY, CLERK
BY:
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| DEAN BREZACK, T/A ABN STUDY PARTNER, ) ) ) Plaintiff, ) ) v. ) ) SHPOONKLE LLC, SHPOONKLE CLE LLC, ROBERT G. NIZNIK, DANI MORGAN, JOHN DOE #1 AND JANE DOE, AND JOHN DOE #2, ) ) ) ) ) ) Defendants. ) ) | Civil Action No: 5:12-CV-0007-MFU |

**ORDER GRANTING DEFENDANT'S MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**THIS MATTER** is before the Court upon Defendants Shpoonkle LLC, Shpoonkle CLE LLC, Robert Niznik, and Dani Morgan's (collectively "Defendants") Motion for Enlargement of Time to Respond to Plaintiff's Complaint. It is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion is hereby granted.

2. Defendants will serve their response to Plaintiff's Complaint on or before April 2, 2012.

**DONE AND ORDERED** in chambers at Harrisonburg, Virginia this 14th day of March, 2012.

/s/ Michael F. Urbanski
MICHAEL F. URBANSKI
United States District Judge

Copies to: All Counsel of Record