UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| DEAN BREZACK, T/A ABN STUDY PARTNER, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No: 5:12-CV-0007-MFU |
| SHPOONKLE LLC, et al., | ) ) ) |
| Defendants. | ) |

## MOTION TO DISMISS

COMES NOW Defendants Alex Niznik and Alla Estrakh, appearing specially[1], by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and move this Court to dismiss the claims against them for failing to state a cause of action. Plaintiff Dean Brezack fails to allege facts sufficient to support vicarious liability against Alex Niznik and Alla Estrakh for Shpoonkle LLC and Shpoonkle CLE LLC's alleged infringement of Plaintiff's copyrights. Furthermore, Plaintiff fails to allege any facts to support a claim for willful infringement. For these reasons and those more fully set forth in the accompanying memorandum, Defendants respectfully request that this Court dismiss the claims against them.

Respectfully Submitted,

**ALEX NIZNIK**
**ALLA ESTRAKH**

  /s/ William F. Demarest III
Charles M. Allen (VSB # 30183)
William F. Demarest, III (VSB # 78428)
Matthew T. Kitces (VSB # 78696)
Goodman, Allen & Filetti, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, VA 23060

---

[1] See Defendants' contemporaneously filed Motion to Dismiss of Lack of Personal Jurisdiction.

1

(804) 346-0600 (Telephone)  
(804) 346-5954 (Fax)  
wdemarest@goodmanallen.com  
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2012, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to the following:

Johnny Dale Dellinger
Mainspring Law, PLLC
3702 Lyons Lane
Alexandria, Virginia 22302
Telephone: (703) 362-0828
Email: jdellinger@mainspringlaw.com
*Counsel for Plaintiff*

      /s/ William F. Demarest III
William F. Demarest, III (VSB # 78428)
Goodman, Allen & Filetti, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, VA 23060
(804) 346-0600 (Telephone)
(804) 346-5954 (Fax)
wdemarest@goodmanallen.com
*Counsel for Defendants*